# United States Court of Appeals
## For the Eighth Circuit

_____

No. 24-2578
_____

United States of America

*Plaintiff - Appellee*

v.

Antonio Lenarr Williams

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Eastern District of Missouri - St. Louis

_____

Submitted: December 4, 2024
Filed: December 9, 2024
[Unpublished]

_____

Before SMITH, ERICKSON, and KOBES, Circuit Judges.

_____

PER CURIAM.

Antonio Williams appeals after he pleaded guilty to conspiracy offenses pursuant to a plea agreement containing an appeal waiver. His counsel has moved

to withdraw, and has filed a brief under Anders v. California, 386 U.S. 738 (1967), challenging the district court's[1] denial of his motion to suppress.

Upon de novo review, we will enforce the appeal waiver. See United States v. Scott, 627 F.3d 702, 704 (8th Cir. 2010) (standard of review). The record shows that Williams knowingly and voluntarily entered into the plea agreement and waiver; the argument raised falls within the scope of the waiver; and no miscarriage of justice would result from enforcing the waiver. See United States v. Andis, 333 F.3d 886, 889-92 (8th Cir. 2003) (en banc).

Having independently reviewed the record under Penson v. Ohio, 488 U.S. 75 (1988), we have found no non-frivolous issues for appeal falling outside the scope of the waiver. We note, however, that the written judgment mistakenly states the 3-year supervised release term imposed consists of concurrent 2-year terms on Counts 1 and 2. We modify the judgment to reflect that the 3-year supervised release term consists of concurrent 3-year terms on Counts 1 and 2. See 28 U.S.C. § 2106 (appellate court may modify any judgment of court brought before it for review); United States v. Olson, 716 F.3d 1052, 1056 (8th Cir. 2013) (oral pronouncement of sentence controls over written judgment).

Accordingly, we modify the judgment, dismiss the appeal, and grant counsel's motion to withdraw.

_____

[1]The Honorable Matthew T. Schelp, United States District Judge for the Eastern District of Missouri, adopting the report and recommendations of the Honorable Shirley P. Mensah, Chief Magistrate Judge, United States District Court for the Eastern District of Missouri.